## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

KEVIN FOLTA, Ph.D.,

    Plaintiff,                            Case No.: 1:17-cv-00246-MW-GRJ

v.

THE NEW YORK TIMES COMPANY
and ERIC LIPTON,

    Defendants.

_____/

### DEFENDANTS' NOTICE OF FILING OF EXHIBITS IN
### SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT
### WITH SUPPORTING MEMORANDUM OF LAW

Defendants The New York Times Company ("NYT"), publisher of *The New York Times,* and Eric Lipton hereby file the following exhibits in support of Defendants' Motion For Final Summary Judgment With Supporting Memorandum of Law:

1) Plaintiff's curriculum vitae (ECF 64-1);

2) University of Florida website page, "Land Grand. Florida's Land Grant University" (ECF 64-2);

3) *The Independent Florida Alligator*, May 31, 2018, "UF horticulture chair resigns" (ECF 64-3);

4) Plaintiff PowerPoint slide regarding job duties (ECF 64-4);

5) Plaintiff's August 23, 2014 blog post, "University of Florida's Deep Monsanto Ties" (ECF 64-5);

6) *The Gainesville Sun*, August 30, 2015, "Kevin M. Folta: A record of GMO honesty" (ECF 64-6);

7) Composite exhibit of Eric Lipton's resume and website pages indicating receipt of three Pulitzer Prizes (ECF 64-7);

8) *The New York Times*, September 6, 2015, print version of article, "Emails Reveal Academic Ties In a Food War" (ECF 64-8);

9) *The New York Times*, September 5, 2015, published "document viewer" containing source records regarding Plaintiff (ECF 64-9);

10) U.S. Right to Know/Gary Ruskin, January 28, 2015 public records request to University of Florida regarding Plaintiff (ECF 64-10);

11) University of Florida fee estimate regarding January 28, 2015 U.S. Right to Know/Gary Ruskin public records request (ECF 64-11);

12) University of Florida/Plaintiff email communications regarding records originally requested by U.S. Right to Know/Gary Ruskin (ECF 64-12);

13) Eric Lipton, August 19, 2015 public records request to the University of Florida (ECF 64-13);

14) *The New York Times*, September 5, 2015, online version of article, "Food Industry Enlisted Academics in G.M.O. Lobbying War, Emails Show" (ECF 64-14);

15) University of Florida August 24, 2015 email communication to Eric Lipton providing records requested on August 19, 2015 (ECF 64-15);

16) Composite exhibit regarding additional public records requests/disclosures for Plaintiff's records originally requested by U.S. Right to Know/Gary Ruskin (ECF 64-16);

17) University of Florida Public Records Certification (ECF 64-17);

18) Plaintiff's "Controversy" page from kevinfolta.com (ECF 64-18);

19) Plaintiff PowerPoint slide regarding public records requests (ECF 64-19);

20) Plaintiff's February 11, 2015 blog post, "Silencing Public Scientists (ECF 64-20);

21) Plaintiff's proposal to Monsanto (ECF 64-21);

22) *Nature* magazine, August 13, 2015, "Anti-GM group expands probe into industry ties" (ECF 64-22);

23) University of Florida/IFAS, August 27, 2015 press release regarding food pantry donation (ECF 64-23);

24) *Nature* magazine, September 3, 2015, "Grant cash rejected" (ECF 64-24);

25) Internal University of Florida email communications regarding food pantry donation (ECF 64-25);

26) *Science 2.0*, July 19, 2012, "Thoughts From A 'Shill For Monsanto'" (ECF 64-26);

27) Plaintiff's November 11, 2013 blog post, "Your Shill – Right Here." (ECF 64-27);

28) Plaintiff's April 12, 2015 blog post, "Who Are the Real Shills?" (ECF 64-28);

29) Plaintiff's June 29, 2015 blog post, "High Roads" (ECF 64-29);

30) *Huffington Post*, September 22, 2015, "Setting a New Standard for Science Transparency (ECF 64-30);

31) Plaintiff March 28, 2015 "tweet" regarding drinking Roundup, with link to Plaintiff's March 28, 2015 blog post, "Let's Drink Weed Killer, Not!" (ECF 64-31);

32) Plaintiff's April 4, 2015 blog post, "Glyphosate: Deadly Microbial Poison or Life Enhancer?" (ECF 64-32);

33) Plaintiff PowerPoint slides regarding glyphosate and Roundup-ready seeds (ECF 64-33);

34) Plaintiff PowerPoint slides regarding Monsanto and Bt cotton (ECF 64-34);

35) Composite exhibit of Plaintiff's March 19, 2015 blog post, "Response to the Food Babe, This is Boring" and *The New York Times*, March 13, 2015, "Taking On the Food Industry, One Blog Post at a Time" (ECF 64-35);

36) Syngenta email communication commenting on article (ECF 64-36);

37) University of Florida email communications regarding Boston Globe records request and fairness of article (ECF 64-37);

38) *Vaillancourt v. Media General Operations, Inc.*, 36 Media Law Reporter 1543 (Fla. Cir. Ct. May 3, 2007) (ECF 64-38);

39) *Fancher v. Lee County Human Society, Inc.*, 25 Media Law Reporter 2565 (Fla. Cir. Ct. July 14, 1997) (ECF 64-39);

40) November 27, 2017 letter from Jack Payne detailing Plaintiff's job duties (ECF 64-40);

41) Plaintiff Interrogatory answer (ECF 64-41);

42) NYT email correspondence with University of Florida regarding obtaining picture of Plaintiff for article (ECF 64-42);

43) Composite of photographs of Plaintiff in laboratory setting (ECF 64-43);

44) Official University of Florida photographs of Plaintiff (ECF 64-44);

45) Mark-up of article highlighting statements complained of (ECF 64-45);

46) October 15, 2015 comments of University of Florida President Kent Fuchs regarding Plaintiff (ECF 64-46);

47) The New York Times, September 5, 2015, published "document viewer"

containing source records regarding Dr. Charles Benbrook (ECF 64-47);

48) The New York Times, September 5, 2015, published "document viewer" containing source records regarding Dr. Bruce Chassy (ECF 64-48);

49) The New York Times, September 5, 2015, published "document viewer" containing source records regarding Dr. David Shaw (ECF 64-49);

50) Plaintiff's July 10, 2017 "770" demand letter (ECF 64-50);

51) Declaration of Cherie L. Pacheco (ECF 64-51);

52) Email with link to curriculum vitae Dr. David Shaw (ECF 64-52); and

53) Appendix, statements/defenses summary chart (ECF 64-53).

Dated: July 25, 2018.

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Gregg D. Thomas*
Gregg D. Thomas
  Florida Bar No. 223913
Carol Jean LoCicero
  Florida Bar No. 603030
Mark R. Caramanica
  Florida Bar No. 110581
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
secondary email addresses:
dlake@tlolawfirm.com
tgilley@tlolawfirm.com

*Attorneys for The New York Times*
*Company and Eric Lipton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

document, along with all referenced exhibits, is being electronically filed and will

be furnished via CM/ECF and via electronic mail on July 25, 2018, to:

| | |
|---|---|
| James J. Evangelista | James E. Beasley, Jr. |
| Bryan D. Hull | Lane R. Jubb, Jr. |
| Bush Ross, P.A. | The Beasley Law Firm, LLC |
| 1801 North Highland Avenue | 1125 Walnut Street |
| Tampa, FL 33602 | Philadelphia, PA 19107 |
| P.O. Box 3913 | Jim.Beasley@BeasleyFirm.com |
| Tampa, FL 33601-3913 | Lane.Jubb@BeasleyFirm.com |
| jevangelista@bushross.com | Roseann.Diorka@BeasleyFirm.com |
| bhull@bushross.com | Janet.Volpe@BeasleyFirm.com |
| osmith@bushross.com | |
| jlantz@bushross.com | |

/s/ *Gregg D. Thomas*
Attorney