UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| KEVIN FOLTA, PhD., <br>     Plaintiff, <br> v. <br><br> THE NEW YORK TIMES <br> COMPANY, and ERIC LIPTON, <br>     Defendants. | CASE NO.: 1:17-cv-246-MW-GRJ |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF FILING OF EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT LAW AND AN AMENDED RESPONSE WITH SUPPORTING MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT**

Plaintiff, Kevin Folta, Ph.D., respectfully requests leave, to file an Amended Response to Defendants' Motion for Final Summary Judgment (ECF No. 65) and in support thereof, state as follows:

1. This defamation action arises from a New York Times article, which falsely identified Plaintiff as an academic whose emails showed he swapped grants with biotechnology companies in exchange for lobbying clout.

2. The Defendants filed a Motion for Final Summary Judgment on July 25, 2018. (ECF 65)

1

3. Plaintiff filed his Response and Memorandum of Law in Opposition thereto (ECF 70) with an accompanying Notice of Exhibits in support thereof (ECF 69) on August 15, 2018.

4. The Electronic Filing System rejected one of the exhibits attached to the Notice as being "corrupt," which then altered the sequence of the exhibits attached to the Notice.

5. Thus, some of the citations in Plaintiff's Response and Memorandum of Law to ECF 69 and its attachments are inconsistent.

6. With the assistance of the USDC Clerk's Office, Plaintiff has resolved the "corrupt" issue.

7. Plaintiff seeks leave to file an Amended Notice of Exhibits in Support of Plaintiff's Response and Memorandum of Law in Opposition to Defendants' Motion for Final Summary Judgment and an Amended Response and Memorandum of Law with the amended corresponding ECF citations.

8. Plaintiff does not seek to alter any substance of his previously filed Response in Opposition (ECF 70) and shall certify the word count to be the same.

9. Defendants do not oppose this request.

10. Accordingly, in light of the importance of this dispositive motion and for ease of this Court's review and opposing Counsel, in the interest of justice,

Plaintiff respectfully requests that he be granted leave to file the above reference amended documents.

Respectfully submitted,

Dated: 16 August 2018

/s/ Lane R. Jubb, Jr.
James E. Beasley, Jr., Esquire
Pennsylvania Bar No.: 83282
Lane R. Jubb, Jr., Esquire
Pennsylvania Bar No.: 319272
THE BEASLEY LAW FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107
Phone (215) 592-1000
Facsimile (215) 592-8360
Primary E-Mail:
Jim.Beasley@BeasleyFirm.com
Janet.volpe@beasleyfirm.com
Secondary E-Mail:
Lane.Jubb@beasleyfirm.com

and

James J. Evangelista, Esquire
Florida Bar No.: 600725
Bryan D. Hull, Esq.
Florida Bar No.: 20969
BUSH ROSS, P.A.
1801 N. Highland Avenue
Tampa, FL 33602
Phone (813) 224-9255
Facsimile (813) 223-9620
Primary E-mail: jevangelista@bushross.com
bhull@bushross.com
Secondary E-mail: osmith@bushross.com;
jlantz@bushross.com

## **Local Rule 7.1(B) Certificate**

Plaintiff conferred with Defendants before filing this Motion.  The Defendants consented to the sought relief.

Dated: 16 August 2018				/s/ Lane R. Jubb, Jr.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2018, the foregoing was filed electronically with the Clerk of the United States District Court for the Northern District of Florida with the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Lane R. Jubb, Jr.
Attorney