UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| **KEVIN FOLTA, Ph.D.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE NEW YORK TIMES** )<br>**COMPANY and ERIC LIPTON,** )<br>)<br>**Defendants.** ) | Case No.: 1:17-cv-00246-MW-GRJ |

### ELEVENTH JOINT STATUS REPORT

Plaintiff Kevin Folta, Ph.D., and Defendants The New York Times Company and Eric Lipton, file this Eleventh Joint Status Report pursuant to the Court's Initial Scheduling Order (Doc. # 23 at p. 2) and state as follows:

1. Paragraph 1(b) of the Court's Initial Scheduling Order requires the parties to file a joint status report every 30 days stating what discovery requests each party has made and the status of the response to each request. This report reflects discovery developments since the filing of the Tenth Joint Status Report (D.E. 66).

2. Defendants' Motion for Final Summary Judgment is ripe and pending before the Court (see D.E. 65, 74, 77).

3. On August 17, 2018, the Court entered a Protective Order with respect to third party subpoena document production for the following third parties: Bayer

Corp., Biotechnology Innovation Organization, J.R. Simplot Company, Ketchum, Monsanto, and Syngenta Corp. (D.E. 76).

4. On August 20, 2018, Defendants served a Notice of Intent to Issue Subpoena on Plaintiff for nonparty Roxanne Porozinski. She was served on August 27, 2018. The return date is September 7, 2018.

5. On August 28, 2018, Defendants served a Notice of Intent to Issue Subpoena on Plaintiff for nonparty Westcott Strategic Communications, LLC. It was served on September 5, 2018. The return date is September 19, 2018.

6. Defendants are continuing to work with third parties that have received subpoenas in producing responsive records.

Dated: September 7, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ James E. Beasley, Jr.* | /s/ Gregg D. Thomas |
| James E. Beasley, Jr., Esq. (*pro hac vice*) | Gregg D. Thomas, Esq. |
| Pennsylvania Bar No. 83282 | Florida Bar No. 223913 |
| Lane R. Jubb, Esq. (*pro hac vice*) | Carol Jean LoCicero, Esq. |
| Pennsylvania Bar No. 319271 | Florida Bar No. 603030 |
| THE BEASLEY FIRM, LLC | Mark R. Caramanica, Esq. |
| 1125 Walnut Street | Florida Bar No. 110581 |
| Philadelphia, PA 19107 | THOMAS & LOCICERO PL |
| Telephone (215) 592-1000 | 601 South Boulevard |
| Facsimile  (215) 592-8360 | Tampa, FL 33606 |
| Primary E-Mail: | Telephone (813) 984-3060 |
| jim.beasley@beasleyfirm.com | Facsimile  (813) 984-3070 |
| janet.volpe@beasleyfirm.com | Primary E-Mail: |
| Secondary E-Mail: | gthomas@tlolawfirm.com |
| lane.jubb@beasleyfirm.com | clocicero@tlolawfirm.com |

and

mcaramanica@tlolawfirm.com
Secondary E-Mail:
dlake@tlolawfirm.com
tgilley@tlolawfirm.com

*Attorneys for Defendants*

James J. Evangelista, Esq.
Florida Bar No. 600725
Bryan D. Hull, Esq.
Florida Bar No. 20969
BUSH ROSS, P.A.
1801 N. Highland Avenue
Tampa, FL 33602
Phone (813) 224-9255
Facsimile (813) 223-9620
Primary E-mail:
jevangelista@bushross.com
bhull@bushross.com
Secondary E-mail:
osmith@bushross.com
jlantz@bushross.com

*Attorneys for Plaintiff Kevin Folta, Ph.D.*