| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | Re-send: 19-10988-HH Kevin Folta v. The New York Times Company, et al "Civil Appeal Docketed - Notice of Appeal" (1:17-cv-00246-MW-GRJ) |
| **Date:** | Wednesday, March 20, 2019 6:39:56 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Amended 03/20/2019 18:38:55: Notice of Docket Activity**

The following transaction was entered on 03/20/2019 at 5:46:37 PM EDT and filed on 03/15/2019

| | |
|---|---|
| **Case Name:** | Kevin Folta v. The New York Times Company, et al |
| **Case Number:** | 19-10988 |
| **Document(s):** | Document(s) |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Kevin Folta on 03/13/2019. Fee Status: Fee Paid. No hearings to be transcribed. The appellant's brief is due on or before 04/24/2019. The appendix is due no later than 7 days from the filing of the appellant's brief. Awaiting Appellant's Certificate of Interested Persons due on or before 03/29/2019 as to Appellant Kevin Folta. Awaiting Appellee's Certificate of Interested Persons due on or before 04/12/2019 as to Appellee The New York Times Company

**Notice will be electronically mailed to:**

Mark R. Caramanica
Clerk - Northern District of Florida, Clerk of Court
Carol Jean LoCicero
Gregg Darrow Thomas

**Notice sent via US Mail to:**

James E. Beasley, Jr.
The Beasley Firm, LLC
215-592-1000
1125 WALNUT ST
PHILADELPHIA, PA 19107

The following document(s) are associated with this transaction:
**Document Description:** DKT-7CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/TammyAaron_1910988_8724671_DKT-7CIVCivilEarlyBriefing_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/15/2019] [FileNumber=8724671-6]
[375dc4689cf53ae76f621f255586aae4de820e8dc1d4b5a77844b99232e8074c3773b20b680a65ff5eb76ef19765c28f80006835d1c4e2b76a94ac442b56ce6f]]
**Recipients:**

- James E. Beasley, Jr.
- Mark R. Caramanica
- Clerk - Northern District of Florida, Clerk of Court
- Carol Jean LoCicero
- Gregg Darrow Thomas

**Document Description:** DKT-7CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/TammyAaron_1910988_8724671_DKT-7CIVCivilEarlyBriefing_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/15/2019] [FileNumber=8724671-3]
[78949cc51a2e62cd17fb90c68a324d525a23f21fb1c28845b2b6f91ce1844bda1715597ce0217515f85f84c7116ebf3262e7766954944dc873c5b403d4766acf]]
**Recipients:**

- James E. Beasley, Jr.
- Mark R. Caramanica
- Clerk - Northern District of Florida, Clerk of Court
- Carol Jean LoCicero
- Gregg Darrow Thomas

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 19-10988 NOA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/15/2019] [FileNumber=8724671-0]
[7f81db46f6a33a98e21cb90e2b021c81a13aa76ce31a5542c3b23c5a2540f1755fc796a8843856d260a8ee5990652693458db78b43af420b46fa1a24dbc4642a]]

**Document Description:** DC Order appealed Document No. 100
**Original Filename:** 19-10988 ORDER APPEALED 100.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/15/2019] [FileNumber=8724671-1]
[65937bb3de13849261f4d9f0d3419f1460a1d5abb024a03a37e50b354276def372db361335a5b02c745368afb8b511c15ac264746c6b644908d964196a03bed9]]

**Document Description:** DC Judgment appealed Document No. 101

**Original Filename:** 19-10988 JUDGMENT APPEALED 101.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/15/2019] [FileNumber=8724671-2]
[1e9c57926a7398538cc78555e6322c7ab28546b0d70236edffaa14f7439581ca30f3502d61fc3f3b3dba488b4dc2ab173d754daf6caede0bc0f22869834601f3]]