# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2019

Clerk - Northern District of Florida
U.S. District Court
401 SE 1ST AVE STE 243
GAINESVILLE, FL 32601-6895

Appeal Number: 19-10988-HH
Case Style: Kevin Folta v. The New York Times Company, et al
District Court Docket No: 1:17-cv-00246-MW-GRJ

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-10988-HH

_____

KEVIN FOLTA,
Ph.D. Professor and Chair Horticultural
Sciences Department University of Florida
Gainesville FL 32611,

                                                 Plaintiff - Appellant,

versus

THE NEW YORK TIMES COMPANY,
ERIC LIPTON,
Washington DC 20016,

                                                 Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Kevin Folta's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective April 09, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION